IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MILTON POPE,  )
      Plaintiff,  )
  )
  )
  vs.  )   CASE NO. 10-706-SCW
  )
DONALD GAETZ, WILLIAM SPILLER,  )
C/O VASQUEZ, RICHARD SWINEY,  )
RALPH ROSS, C/O SCHNICKERS,  )
TRACEY LEE, LT. ASHBY, and MAJOR  )
QUINLEY,  )
      Defendant(s).  )

## JUDGMENT IN A CIVIL CASE

Defendants **DONALD GAETZ, WILLIAM SPILLER, TRACEY LEE, LT. ASHBY,** and **MAJOR QUINLEY,** were dismissed on February 17, 2011 by an Order entered by District Judge Michael J. Reagan (Doc. 10).

Defendants **C/O VASQUEZ**, and **C/O SCHNICKERS** were granted summary judgment on November 16, 2011 by an Order entered by District Judge Michael J. Reagan (Doc. 46).

Defendants **RICHARD SWINEY, RALPH ROSS** were granted judgment as a matter of law on November 5, 2012 by Magistrate Judge Stephen C. Williams (Docs. 84, 85 and 86).

**IT IS THEREFORE ORDERED** that judgment be entered in favor of defendants **DONALD GAETZ, WILLIAM SPILLER, C/O VASQUEZ, RICHARD SWINEY, RALPH ROSS, C/O SCHNICKERS, TRACEY LEE, LT. ASHBY,** and **MAJOR**

**QUINLEY** and against Plaintiff **MILTON POPE**.

Plaintiff shall take nothing from this action.

**DATED** this 6th day of November, 2012

                                                  **NANCY J. ROSENSTENGEL,** **CLERK**

                                                  **BY: S/ Angela Vehlewald**
                                                          **Deputy Clerk**

**Approved by       S/ Stephen C. Williams**
                    **United States Magistrate Judge**
                           **Stephen C. Williams**