## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MILTON POPE,**

|  |  |  |
|---|---|---|
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.  10-706-SCW** |
| | ) | |
| **DONALD GAETZ, WILLIAM SPILLER,** | ) | |
| **C/O VASQUEZ, RICHARD SWINEY,** | ) | |
| **RALPH ROSS, C/O SCHNICKERS,** | ) | |
| **TRACEY LEE, LT. ASHBY, and MAJOR** | ) | |
| **QUINLEY,** | ) | |
| **Defendant(s).** | ) | |

### JUDGMENT IN A CIVIL CASE

Defendants **DONALD GAETZ, WILLIAM SPILLER, TRACEY LEE, LT. ASHBY,** and **MAJOR QUINLEY,**  were dismissed on February 17, 2011 by an Order entered by District Judge Michael J. Reagan (Doc. 10).

Defendants **C/O VASQUEZ**, and **C/O SCHNICKERS** were granted summary judgment  on November 16, 2011 by an Order entered by District Judge Michael J. Reagan (Doc. 46).

Defendants  **RICHARD SWINEY, RALPH ROSS** were granted judgment as a matter of law on November 5, 2012 by Magistrate Judge Stephen C. Williams (Docs. 84, 85 and 86).

**IT IS THEREFORE ORDERED** that judgment be entered in favor of defendants **DONALD GAETZ, WILLIAM SPILLER, C/O VASQUEZ, RICHARD SWINEY, RALPH  ROSS, C/O SCHNICKERS, TRACEY LEE, LT. ASHBY,** and **MAJOR**

**QUINLEY** and  against Plaintiff **MILTON POPE**.

Plaintiff shall take nothing from this action.

**DATED** this 6th day of November, 2012

                                        **NANCY J. ROSENSTENGEL,**

**CLERK**

                                        **BY: S/ Angela Vehlewald**
                                             **Deputy Clerk**

**Approved by       S/ Stephen C. Williams**
                 **United States Magistrate Judge**
                 **Stephen C. Williams**